```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

ANTONIO JONES,                        )
                                      )
     Petitioner,                      )
                                      )
v.                                    )    CIVIL ACTION NO.
                                      )    07-10032-DPW
PETER A. PEPE, JR., in his capacity as)
Superintendent, MCI-Cedar Junction    )
                                      )
     Respondent.                      )
```

MEMORANDUM AND ORDER
August 18, 2011

The petitioner, as the time period for appeal approaches, has sought to stop the clock, *see* Fed. R. App. 4(a)(4)(ii)&(iv), by filing a "Motion to Amend Findings and Judgment Pursuant to Federal Rules of Civil Procedure 52(b) and 58(e)" (Doc. 62).

The motion in Grounds One and Three repeats arguments previously made and rejected. I reject them again.

Ground Two seeks to raise an issue as to what is said to have been an "Unfairly Suggestive In-Court Identification," by the witness Dawn Jennings. This issue is said to have been "inadvertently" left out of the petitioner's opposition to the respondent's second motion to dismiss. The petitioner now asserts "that the state court erroneously found that Dawn Jennings had described the shooter "as having 'crooked teeth.' Nowhere does Ms. Jennings give that description. A review of her grand jury testimony, and her trial testimony demonstrates this." This assertion is plainly inaccurate. The Trial Transcript for

1

June 13, 2000 shows that Ms. Jennings recalled on direct examination, Tr. II at 2-44, that the shooter "had crooked teeth" and affirmed on cross-examination, Tr. II at 2-67, that she had told the grand jury that the shooter had "crooked teeth."

The petitioner's motion being without foundation, is hereby DENIED.

>*/s/ Douglas P. Woodlock*
> DOUGLAS P. WOODLOCK
> UNITED STATES DISTRICT JUDGE